# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *   *
                                    *
EDNA M. BOETTGER TRUST c/o          *
WILLIAM R. OSTRANDER,               *
                                    *
              Plaintiff,            *
                                    *   No. 15-12530L
         v.                         *   Filed: January 24, 2017
                                    *
UNITED STATES,                      *
                                    *
              Defendant.            *
                                    *
* * * * * * * * * * * * * * * * *   *
```

## O R D E R

The court is in receipt of the request to dismiss the claims of the above captioned plaintiff in the case of <u>Flying S Land Co., et al. v. United States</u>, 15-1253L. The claims associated with parcel identification number 020-133-06-0-20-01-013.00-0, of the above-captioned plaintiff, are, hereby, **SEVERED** from the case of <u>Flying S Land Co., et al. v. United States</u>, 15-1253L and shall be reorganized, for case management purposes, into the above-captioned case, <u>Edna M. Boettger Trust c/o William R. Ostrander v. United States</u>, and assigned Case No. 15-12530L.  The court **DISMISSES**, with prejudice, the claims of Edna M. Boettger Trust c/o William R. Ostrander associated with parcel identification number 020-133-06-0-20-01-013.00-0.  As there is no just reason for delay, the Clerk's Office shall enter immediate **JUDGMENT** consistent with this Order, pursuant to RCFC 54(b).  As the Order disposes of all properties of the named plaintiff, Case No. 15-12530L shall be **CLOSED**. Neither the dismissal of the claims of the plaintiff herein nor the entry of judgment by the Clerk's Office shall affect this court's jurisdiction over the remaining plaintiffs and properties in the case of <u>Flying S Land Co., et al. v. United States</u>, 15-1253L.

**IT IS SO ORDERED**.

<u>s/Marian Blank Horn</u>
**MARIAN BLANK HORN**
**Judge**